IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

NATIONAL SHOOTING SPORTS )
FOUNDATION, INC., et al., )
)
    Plaintiffs-Appellants, )
)
        v. )    Nos. 12-5009 &
)         12-5010
B. TODD JONES, ACTING DIRECTOR, )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS, AND EXPLOSIVES, )
)
    Appellee. )
_____ )

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), counsel for appellee hereby certifies as follows:

A. <u>Parties and Amici</u>.

(1) <u>Plaintiffs-Appellants</u>: The plaintiffs-appellants are National Shooting Sports Foundation, Inc., J&G Sales, Inc., and Foothills Firearms, LLC.

(2) <u>Defendant-Appellee</u>: The defendant-appellee is B. Todd Jones, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

(3) <u>Amici</u>: In district court, the Brady Center to Prevent Gun Violence participated as amicus in support of defendant-appellee.

B. <u>Rulings Under Review</u>.

The ruling under review is a memorandum and order (per. Hon. Rosemary M. Collyer), dated January 13, 2012, which granted defendant-appellee's motion for summary judgment. The Memorandum Opinion is not yet reported in the Federal Supplement, but is available on Westlaw at 2012 WL 11206.

C. <u>Related Cases</u>.

This case has not previously been before any court other than the district court. Similar suits are currently pending in two other district courts. In <u>Ron Peterson Firearms v. Melson</u> No. 1:11cv00678 (D.N.M.), defendant's motion to transfer venue to the district court for the District of Columbia is fully briefed and pending. In <u>10 Ring Precision, Inc. v. Jones</u>, No. 5:11-cv-00663 (W.D. Tex.), the district court on December 22, 2011, denied defendant's motion to transfer venue to the district court for the District of Columbia, and the parties have submitted a proposed briefing schedule for dispositive motions.

Respectfully submitted,

<u>/s/ Anisha S. Dasgupta</u>

ANISHA S. DASGUPTA
 (202) 514-5428
 Appellate Staff
 Civil Division, Room 7535
 Department of Justice
 Washington, D.C. 20530

Attorney for Defendant-Appellee

JANUARY 2012

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the Court by using the appellate CM/ECF system.

I further certify that the following counsel for plaintiffs-appellants are registered CM/ECF users and will be served via the CM/ECF system:

> Richard E. Gardiner
> Stephen P. Halbrook
> 3925 Chain Bridge Road, Suite 403
> Fairfax, VA 22030
> (703) 352-7276
> regardiner@cox.net
> protell@aol.com
> *Attorneys for plaintiffs-appellants J&G Sales, Ltd. and Foothills Firearms, LLC*

I certify that I have caused the following counsel for plaintiffs-appellants to be served by first-class U.S. mail:

> James B. Vogts
> SWANSON, MARTIN & BELL, LLP
> 330 N. Wabash Avenue, Suite 3300
> Chicago, Illinois 60611
> (312) 923-8266
> jvogts@smbtrials.com
> *Attorney for plaintiff-appellant National Shooting Sports Foundation*, Inc.

                                          /s/ Anisha S. Dasgupta

                                          Anisha S. Dasgupta
                                          Attorney for Defendant-Appellee
                                          Civil Division, Room 7533

U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001
202-514-5428
anisha.dasgupta@usdoj.gov