IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

THE NATIONAL SHOOTING SPORTS FOUNDATION, INC., J & G SALES, LTD.,
and FOOTHILLS FIREARMS, LLC, Appellants

v.

B. TODD JONES, ACTING DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, Appellee

No. 12-5009
(consolidated with 12-5010)

**JOINT CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

Pursuant to Rules 12(c) and 28(a)(1) of the Circuit Rules of the United States Court of Appeals for the District of Columbia and this Court's Order dated January 18, 2012, counsel for appellants, The National Shooting Sports Foundation, Inc. (NSSF), J & G Sales, Inc. and Foothill Firearms, LLC hereby certify as follows:

(A)    PARTIES AND AMICI

1

The following parties appeared in the proceeding below in the United States District Court, District of Columbia, Civil Action Nos. 11-1401 (RMC), 11-1402(RMC):

(1) Plaintiffs-Appellants - The National Shooting Sports Foundation, Inc., Foothills Firearms, LLC and J & G Sales, Ltd.

(2) Defendant-Appellee - B. Todd Jones, Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives.

(3) Amicus - The Brady Center to Prevent Gun Violence.

(B) <u>RULINGS UNDER REVIEW</u>

The January 13, 2012 Memorandum Opinion and Order of the United States District Court, District of Columbia, Judge Rosemary M. Collyer, presiding, granting defendant's motion for summary judgment and denying defendants' motions for summary judgment. *National Shooting Sports Foundation, et al v. Jones,* Civil Action No. 11-1401(RMC), 2012 WL 112206 (D.D.C. January 13, 2012).

(C) <u>RELATED CASES</u>

The case on review was not previously before this Court or any other court. There are no related cases currently pending in this Court or in any other United States court of appeals or in any other court in the District of Columbia (whether federal or local) of which counsel are aware.

Respectfully submitted,

**THE NATIONAL SHOOTING SPORTS FOUNDATION, INC.,**
Appellant


By: */s/ James B. Vogts*
    One of Its Attorneys

James B. Vogts
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 923-8266
jvogts@smbtrials.com


**J & G SALES, INC. and FOOTHILL FIREARMS, LLC**
Appellant

By: */s/ Richard E. Gardiner*_____
    One of Their Attorneys


Richard E. Gardiner
Stephen P. Halbrook
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276
regardiner@cox.net
protell@aol.com

# CERTIFICATE OF SERVICE

I hereby certify on this 6th day of February, 2012, that a true and correct copy of the foregoing **JOINT CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES** was served via ECF, to the following:

**Michael S. Raab**
**Anisha S. Dasgupta**
Attorney for Defendant-Appellee
Civil Division, Room 7533
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001
202-514-5428
Email: michael.raab@usdoj.gov
Email: anisha.dasgupta@usdoj.gov


**Daniel Riess**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 353-3098
Fax: (202) 616-8460
Email: daniel.riess@usdoj.gov


**Lesley R. Farby**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-3481
Fax: (202) 616-8470
Email: lesley.farby@usdoj.gov

**Jessica Beth Leinwand**
U.S. DEPARTMENT OF JUSTICE
Federal Programs

20 Massachusetts Avenue, NW
Room 7107
Washington, DC 20001
(202) 305-8628
Fax: (202) 616-8470
Email: jessica.b.leinwand@usdoj.gov

/s/*James B. Vogts*
James B. Vogts