# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-5009**  September Term, 2012
FILED ON: MAY 31, 2013

NATIONAL SHOOTING SPORTS FOUNDATION, INC.,
APPELLEE

J&G SALES, LTD. AND FOOTHILLS FIREARMS, LLC,
APPELLANTS

v.

B. TODD JONES, ACTING DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES,
APPELLEE

Consolidated with 12-5010

Appeals from the United States District Court
for the District of Columbia
(No. 1:11-cv-01401)

Before: HENDERSON and ROGERS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY: /s/

                              Michael C. McGrail
                              Deputy Clerk

Date: May 31, 2013

Opinion for the court filed by Circuit Judge Henderson.